UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAM MARTINES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 5:13-cv-03853 EJD<br><br>**ORDER TO SHOW CAUSE** |

On September 22, 2014, the court granted a motion filed by Plaintiffs' attorney to withdraw as counsel of record. See Docket Item No. 22. In that same order, the court advised Plaintiffs that "should they not retain new counsel, it will be their responsibility to prosecute this case," and "comply with all deadline imposed by the current scheduling order." Id. The court further advised Plaintiffs that failure to comply with the deadlines could result in the dismissal of this action. Id.

This case is scheduled for a Preliminary Pretrial Conference on December 19, 2014, and a statement in anticipation of that conference should have been filed on or before December 9, 2014. See Docket Item No. 18. As of the date and time this order was filed, however, neither party has filed a statement.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiffs do not,

1

Case No.: 5:13-cv-03853 EJD
ORDER TO SHOW CAUSE

by **December 23, 2014**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Preliminary Pretrial Conference is VACATED and will be reset, if necessary, upon resolution of the issue discussed herein.

**IT IS SO ORDERED.**

Dated:  December 12, 2014



EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-03853 EJD
ORDER TO SHOW CAUSE

2